COPY/NHCF
03-CR-248
Burns

# MANDATE

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 04-4008 cr

Motion for: WITHDRAW APPEAL and RELIEVE TRIAL COUNSEL

Caption [use short title]: USA v. DAMBRO

Set forth below precise, complete statement of relief sought:

WITHDRAW APPEAL AND RELIEVE TRIAL COUNSEL

[FILED NOV 29 2004 — UNITED STATES COURT OF APPEALS SECOND CIRCUIT, Roseann B. MacKechnie, Clerk]

MOVING PARTY: DONNAANN DAMBRO
☐ Plaintiff    ☐ Defendant
☒ Appellant/Petitioner    ☐ Appellee/Respondent

OPPOSING PARTY: UNITED STATES

MOVING ATTORNEY: JOSEPH J. COLARUSSO
1234 SUMMER STREET
STAMFORD, CT 06905
203-977-2415
josephjcolarusso@aol.com

OPPOSING ATTORNEY [Name]: KARI DOOLEY
U.S. ATTORNEY'S OFFICE
915 LAFAYETTE BLVD
BRIDGEPORT, CT 06604
203-696-3000

Court-Judge/Agency appealed from: ELLEN BREE BURNS

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?    ☐ Yes  ☒ No
B. been obtained?  ☐ Yes  ☒ No

Is oral argument requested?    ☐ Yes  ☒ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes  ☒ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?    ☐ Yes  ☐ No
Has this relief been previously sought in this Court?    ☐ Yes  ☐ No
Requested return date and explanation of emergency:

Signature of Moving Attorney: [signed]    Date: 11-22-04
JOSEPH J. COLARUSSO

Has service been effected?    ☒ Yes  ☐ No
[Attach proof of service]

ISSUED AS MANDATE: 2-23-05
A TRUE COPY
Roseann B. MacKechnie, Clerk
by [signed] DEPUTY CLERK

### ORDER

IT IS HEREBY ORDERED THAT the motion is GRANTED ~~DENIED~~.

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk of Court
By: [signed] Tracy W. Young
Tracy W. Young, Motions Staff Attorney

Date: DEC 8 2004 [FILED — UNITED STATES COURT OF APPEALS SECOND CIRCUIT]

Form T-1080 (Revised 10/31/00)