# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. DONNAANN DOMBRO

Docket No. 3:03CR00248(EBB)

## Petition For Modification of Conditions or Term of Probation/Supervised Release with the Consent of the Offender

**COMES NOW,** Joseph P. Montesi, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Donnaann Dombro, who was sentenced to 72 months' imprisonment, followed by 3 years' supervised release, for a violation of 18 U.S.C. § 2251(d), Conspiracy to Produce Child Pornography, by the Honorable Ellen Bree Burns, Senior U.S. District Judge, sitting in the court in New Haven, Connecticut on June 25, 2004, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and terms as follows: 1) the defendant shall participate in a mental health treatment program, either inpatient or outpatient, which shall include sex offender treatment with a therapist who is licensed and experienced in treatment of individuals with sexual disorders as directed by the U.S. Probation Office (USPO); 2) the defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, which shall include random urinalysis, as directed by the USPO. The defendant shall pay some or all of the costs of any treatment as determined appropriate by the USPO.

Donnaann Dombro remains in the custody of the Bureau of Prisons, with a scheduled release date of June 24, 2008.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

☐ To extend the term of probation/supervised release for  years, for a total term of  years.
■ To modify the conditions of supervision as follows:

Please see attachment.

A signed Waiver of Hearing to Modify Conditions is attached.

**ORDER OF COURT**

Considered and ordered this _27_ day of September 2007 and ordered filed and made a part of the records in the above case.

_The Honorable Ellen Bree Burns_
Senior United States District Judge

Respectfully Submitted,

_Joseph P. Montesi_
Supervising U.S. Probation Officer

Place: New Haven, Connecticut

Date: September 25, 2007

**ATTACHMENT**

1. You shall participate in a mental health program specializing in sexual offender treatment approved by the probation officer, and abide by the rules, requirements, and conditions of the treatment program, including submitting to polygraph testing and Computer Voice Stress Analysis (CVSA). Further, you shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the probation officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

2. You shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

3. You are prohibited from possessing, subscribing to, or viewing, any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.

4. You shall not possess or use a computer with access to any on line service at any location (including employment) without written approval from the probation officer. This includes access through any Internet service provider, bulletin board system, or any public or private computer network system. You shall permit routine inspection of your computer system, hard drives, and other media storage materials, to confirm adherence to this condition. The inspection shall be no more intrusive than is necessary to ensure compliance with this condition. You shall inform your employer, or other third party who may be impacted by this condition, of this computer-related restriction and the computer inspection provision of the condition.

5. You shall submit to a search of your person, residence, place of business, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you shall inform any other residents that the premises, may be submit to a search pursuant to this condition.

PROB 49
(3/90)

# United States District Court

District of Connecticut

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

1. You shall participate in a mental health program specializing in sexual offender treatment approved by the probation officer, and abide by the rules, requirements, and conditions of the treatment program, including submitting to polygraph testing and Computer Voice Stress Analysis (CVSA). Further, you shall contribute to the costs of such treatment and/or polygraphs not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Treatment Services.

2. You shall have no direct contact with minors (under the age of 18) without the written approval of the probation officer and shall refrain from entering into any area where children frequently congregate including: schools, daycare centers, theme parks, playgrounds, etc.

3. You are prohibited from possessing, subscribing to, or viewing, any video, magazines, or literature depicting children in the nude and/or in sexually explicit positions.

4. You shall not possess or use a computer with access to any on line service at any location (including employment) without written approval from the probation officer. This includes access through any Internet service provider, bulletin board system, or any public or private computer network system. You shall permit routine inspection of your computer system, hard drives, and other media storage materials, to confirm adherence to this condition. The inspection shall be no more intrusive than is necessary to ensure compliance with this condition. You shall inform your employer, or other third party who may impacted by this condition, of this computer-related restriction and the computer inspection provision of the condition.

5. You shall submit to a search of your person, residence, place of business, computer, or vehicle, conducted by the United States Probation Officer at a reasonable time and in a reasonable manner based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; you shall inform any other residents that the premises, may be subject to a search pursuant to this condition.

Witness: _____  
U.S. Probation Officer

Signed: _____  
Probationer or Supervised Releasee

09.11.07  
Date